QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (Cal. Bar No.165596)
eddefranco@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd. and
Samsung Telecommunications America, LLC

**ORIGINAL FILED**

APR 27 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

E-filing

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. CV 11-02079<br><br>ATTACHMENT TO THE REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |

The above-captioned case has been filed in the U.S. District Court on the following U.S. patents.

| Patent No. | Date of Patent | Holder of Patent |
|---|---|---|
| 7,675,941 | March 9, 2010 | Samsung Electronics Co., Ltd. |
| 7,362,867 | April 22, 2008 | Samsung Electronics Co., Ltd. |
| 7,447,516 | November 4, 2008 | Samsung Electronics Co., Ltd. |
| 7,200,792 | April 3, 2007 | Samsung Electronics Co., Ltd. |
| 7,386,001 | June 10, 2008 | Samsung Electronics Co., Ltd. |
| 7,050,410 | May 23, 2006 | Samsung Electronics Co., Ltd. |
| 6,928,604 | August 9, 2005 | Samsung Electronics Co., Ltd. |
| 6,292,179 | September 18, 2001 | Samsung Electronics Co., Ltd. |
| 7,009,626 | March 7, 2006 | Samsung Electronics Co., Ltd. |
| 7,069,055 | June 27, 2006 | Samsung Electronics Co., Ltd. |

DATED: April 27, 2011

Respectfully submitted,

By /s/ V.F. Ma------

Quinn Emanuel Urquhart & Sullivan LLP
Charles K. Verhoeven
Kevin P.B. Johnson
Victoria Maroulis
Edward J. DeFranco
Michael T. Zeller

Attorneys for Plaintiffs
Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC