QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Samsung Electronics Co., Ltd. and
Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD, a Korean corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | CASE NO. 11-cv-02079-EDL<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT<br><br>[Civil L.R. 6-1, 6-2]<br><br>Magistrate Judge Elizabeth D. Laporte<br><br>Complaint Filed:  April 27, 2011 |

## STIPULATION

Plaintiffs Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC and Defendant Apple Inc., pursuant to Civil Local Rules 6-1 and 6-2, hereby respectfully inform the Court of the parties' agreement to extend the deadline for Defendant's answer to Plaintiffs' Complaint.  The parties now AGREE AND STIPULATE to extend the deadline for Defendant to answer or otherwise respond to the Complaint by forty-five days, from May 19, 2011 to July 5, 2011.

1. <u>Reason for Extension of Time</u>

At the request of Defendant, the parties have met and conferred and jointly agree to the requested extension.

2. <u>Prior Time Modifications</u>

There have been no previous time modifications in this case.

3. <u>Effect of Modification</u>

The requested extension will have no effect on the rest of the schedule in this action.  The change will not alter the date of any event or any deadline already fixed by Court order.

4. <u>No Waiver; Limited Application</u>

This extension of time shall not be construed or used to support a contention that Plaintiffs have waived any rights asserted, or contradicted any allegations made, in their complaint.  This extension of time for Defendant to file its answer or other responsive pleading also does not relieve Defendant from participating in proceedings instituted in this action prior to the filing of Defendant's answer or other responsive pleading to Plaintiffs' complaint.

So stipulated.

| | | |
|---|---|---|
| 1 | DATED: May 17, 2011 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By /s/ Victoria F. Maroulis |
| 4 | | Charles K. Verhoeven |
| 5 | | Kevin P.B. Johnson<br>Victoria F. Maroulis<br>Michael T. Zeller |
| 6 | | |
| 7 | | Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC |
| 8 | | |
| 9 | DATED: May 17, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 10 | | |
| 11 | | By  /s/ Mark D. Selwyn |
| 12 | | Mark D. Selwyn |
| 13 | | Attorneys for Defendant Apple Inc. |

  I, Victoria F. Maroulis, am the ECF User whose identification and password are being used to file this document.  Pursuant to General Order 45.X.B, I hereby attest that counsel for Defendant has concurred in this filing.