QUINN EMANUEL URQUHART & SULLIVAN, LLP
Charles K. Verhoeven (Cal. Bar No. 170151)
charlesverhoeven@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Cal. Bar No. 177129)
kevinjohnson@quinnemanuel.com
Victoria F. Maroulis (Cal. Bar No. 202603)
victoriamaroulis@quinnemanuel.com
555 Twin Dolphin Drive 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael T. Zeller (Cal. Bar No. 196417)
michaelzeller@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., a Korean corporation, and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 11-cv-02079-LHK<br><br>**PLAINTIFFS' NOTICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) AND NOTICE OF INTENT TO PURSUE PATENT INFRINGEMENT CLAIMS AS COUNTERCLAIMS IN THE APPLE ACTION** |

1    WHEREAS, on May 23, 2011, the Court granted Samsung's motion and ordered this
2 action related to <u>Apple Inc. v. Samsung Electronics Co., Ltd., et al.</u>, No. 11-cv-01846-LHK (N.D.
3 Cal.), a pending action brought by Apple Inc. ("Apple") against Samsung Electronics Co., Ltd.,
4 Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (the
5 "Samsung entities") in this district (the "Apple action") (D.N. 13);

6    WHEREAS, concurrently with the filing of this Notice, the Samsung entities are filing in
7 the Apple Action their Answer and Counterclaims, which Counterclaims include patent
8 infringement claims asserted in this action;

9    WHEREAS, during the June 17, 2011 hearing in the Apple Action, the Court suggested
10 that an appropriate course of action would be for the Samsung entities to raise patent infringement
11 claims in the Apple Action, which would render this separate action unnecessary since the
12 Samsung entities could pursue their patent infringement claims in the Apple Action; and

13    WHEREAS, it would be in the interest of judicial and administrative efficiency for
14 Plaintiffs Samsung Electronics Co., Ltd. and Samsung Telecommunications America, LLC to
15 dismiss without prejudice their complaint for patent infringement in this case and instead pursue
16 those claims for patent infringement as Counterclaims in the Apple Action;

17    **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure
18 41(a)(1)(A)(i), Plaintiffs Samsung Electronics Co., Ltd. and Samsung Telecommunications
19 America, LLC hereby notice a voluntary dismissal, without prejudice, of their complaint in this
20 case and instead will pursue their claims for patent infringement as Counterclaims in the Apple
21 Action.

1  DATED: June 30, 2011                QUINN EMANUEL URQUHART &
2                                      SULLIVAN, LLP
3
4                                      By /s/ Victoria F. Maroulis
                                          Charles K. Verhoeven
5                                         Kevin P.B. Johnson
                                          Victoria F. Maroulis
6                                         Michael T. Zeller
7                                         Attorneys for SAMSUNG ELECTRONICS CO.,
                                          LTD. and SAMSUNG
8                                         TELECOMMUNICATIONS AMERICA, LLC

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28